PROB 22 (Rev. 2/88)

DOCKET NUMBER (Tran. Court): 5:16CR9-001

DOCKET NUMBER (Rec. Court):

# TRANSFER OF JURISDICTION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Miguel Morales Maldonado | ND/FL | Panama City |

NAME OF SENTENCING JUDGE: Robert L. Hinkle, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/12/2019 | 07/11/2024 |

**OFFENSE**
Ct. 2: Possession with Intent to Distribute 50 Grams or more of Methamphetamine, its Salts, Isomers, and Salts of its Isomers, and 500 Grams of Methamphetamine or more of a Mixture and Substance Containing a Detectable Amount of Isomers and Aiding and Abetting and Ct. 3: Possession with Intent to Distribute 50 Grams or More of Methamphetamine, its Salts, Isomers, and Salts of its Isomers

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/23/22
Date

s/Robert L. Hinkle
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 2 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 22, 2022
Effective Date

United States District Judge