**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

ELIZABETH LAWRENCE
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

[STAMP: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, MAY - 2 2022, KEVIN P. WEIMER, Clerk, BY: Deputy Clerk]

April 27, 2022

Clerk, U.S. District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:    GA/ND # unkown
                FL/ND #5:16cr9(1)-RH
                USA v. MIGUEL MORALES MALDONADO

Dear Clerk:

In connection with the Transfer of Jurisdiction in the above captioned matter, enclosed is the Transfer of Jurisdiction Form and certified copies of the following documents:

        Indictment
        Judgment
        Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter and return it to the Pensacola Division.

                            Sincerely,
                            Jessica Lyublanovits, Clerk of Court

                            *s/ Kristin Cowdell*
                            Clerk, US District Court
                            100 N. Palafox St.
                            Pensacola, FL 32502
                            (850) 691-0770

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
100 North Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX