CLOSED

# U.S. District Court
# Northern District of Florida (Panama City)
# CRIMINAL DOCKET FOR CASE #: 5:16–cr–00009–RH–1

Case title: USA v. MALDONADO et al

Date Filed: 03/16/2016

Date Terminated: 09/11/2016

Assigned to: JUDGE ROBERT L HINKLE

**Defendant (1)**

**MIGUEL MORALES MALDONADO**
*TERMINATED: 09/11/2016*
*also known as*
MIKE MORALES
*TERMINATED: 09/11/2016*
*also known as*
PREEMO
*TERMINATED: 09/11/2016*

represented by **MICHELLE K SPAVEN**
DOJ–USAO
111 N ADAMS ST
4TH FLOOR
TALLAHASSEE, FL 32301
850–216–3828
Email: michelle.spaven@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (2) | Defendant is sentenced to 48 months BOP on Counts 2 and 3 to run concurrent. Defendant placed on S/R for 5 years on Counts 2 and 3 to run concurrent. SMA $200.00. Fine waived. |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (3) | Defendant is sentenced to 48 months BOP on Counts 2 and 3 to run concurrent. Defendant placed on S/R for 5 years on Counts 2 and 3 to run concurrent. SMA $200.00. Fine waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | DISMISSED on government motion |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 2 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**

represented by **AINUDDIN AHMED**
US ATTORNEY – PANAMA CITY FL
30 WEST GOVERNMENT STREET

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By
Deputy Clerk

PANAMA CITY, FL 32401
850–785–3495
Email: aine.ahmed@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**EDWIN F KNIGHT**
US ATTORNEY – PENSACOLA FL
NORTHERN DISTRICT OF FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502–5675
850/444–4000
Fax: 850–434–0329
Email: Edwin.Knight@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2016 | 1 | INDICTMENT (PDF redacted per privacy policy) as to MIGUEL MORALES MALDONADO (1) count(s) 1, 2–3, BRANDON LEE COMMANDER (2) count(s) 1, 2, CRYSTAL SHEREE COMMANDER (3) count(s) 1, 2. (kgc) (Entered: 03/17/2016) |
| 03/16/2016 | 2 | Sealed Document – Unredacted indictment (PDF sealed per privacy policy) (kgc) (Entered: 03/17/2016) |
| 03/16/2016 | 3 | CRIMINAL COVER SHEET by USA as to MIGUEL MORALES MALDONADO (copy to US Marshal)(PDF sealed per Privacy Policy) (kgc) (Entered: 03/17/2016) |
| 03/16/2016 | 6 | ORDER FOR ISSUANCE OF ARREST WARRANT as to MIGUEL MORALES MALDONADO. Signed by MAGISTRATE JUDGE ELIZABETH M TIMOTHY on 3/16/16. (kgc) (Entered: 03/17/2016) |
| 03/16/2016 | 12 | Application for Writ of Habeas Corpus ad Prosequendum as to MIGUEL MORALES MALDONADO (jem) (Entered: 03/22/2016) |
| 03/16/2016 | 13 | Writ of Habeas Corpus ad Prosequendum Issued as to MIGUEL MORALES MALDONADO for 3/30/2016. Signed by MAGISTRATE JUDGE ELIZABETH M TIMOTHY on 3/16/2016. (jem) (Entered: 03/22/2016) |
| 04/05/2016 | | Arrest of MIGUEL MORALES MALDONADO in ND/GA. (jem) (Entered: 04/11/2016) |
| 04/11/2016 | 28 | Rule 5(c)(3) Documents Received as to MIGUEL MORALES MALDONADO from the ND/GA (jem) (Entered: 04/11/2016) |
| 04/11/2016 | 29 | CJA 23 Financial Affidavit by MIGUEL MORALES MALDONADO filed in ND/GA (PDF sealed per Privacy Policy) (jem) (Entered: 04/11/2016) |
| 04/25/2016 | 32 | ARREST Warrant Returned Executed on 4/25/16 in case as to MIGUEL MORALES MALDONADO. (kgc) (Entered: 04/25/2016) |
| 04/25/2016 | 33 | NOTICE OF ATTORNEY APPEARANCE: MICHELLE KATHLEEN DAFFIN appearing for MIGUEL MORALES MALDONADO (DAFFIN, MICHELLE) (Entered: 04/25/2016) |
| 04/25/2016 | 34 | CJA 23 Financial Affidavit by MIGUEL MORALES MALDONADO (PDF sealed per Privacy Policy) (jem) (Entered: 04/26/2016) |
| 04/25/2016 | 35 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to MIGUEL MORALES MALDONADO. Signed by MAGISTRATE JUDGE LARRY BODIFORD on 4/25/2016. (jem) (Entered: 04/26/2016) |
| 04/25/2016 | 36 | Minute Entry for proceedings held before MAGISTRATE JUDGE LARRY BODIFORD: Initial Appearance/Arraignment as to MIGUEL MORALES |

| | | |
|---|---|---|
| | | MALDONADO (1) Count 1,2–3 held on 4/25/2016 (Court Reporter PC DCR 2016) (Attachments: # 1 Judge's Checklist) (jem) (Entered: 04/26/2016) |
| 04/25/2016 | 37 | ORDER SETTING TRIAL AND OTHER PRE–TRIAL MATTERS as to MIGUEL MORALES MALDONADO. Jury Trial set for **5/16/2016 08:15 AM** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE LARRY BODIFORD on 4/25/2016. (jem) (Entered: 04/26/2016) |
| 05/05/2016 | 39 | First MOTION to Continue *Trial Unopposed* by MIGUEL MORALES MALDONADO. (DAFFIN, MICHELLE) (Entered: 05/05/2016) |
| 05/08/2016 | 40 | ORDER RESCHEDULING THE TRIAL FOR JUNE 20,2016 entered as to MIGUEL MORALES MALDONADO. The defendant's unopposed motion to continue, ECF No. 39 , is GRANTED. The clerk must re–notice the trial for June 20, 2016. Signed by JUDGE ROBERT L HINKLE on 5/8/2016. (jem) (Entered: 05/09/2016) |
| 05/13/2016 | 52 | NOTICE OF RESCHEDULED HEARING as to MIGUEL MORALES MALDONADO: Jury Trial reset for **6/20/2016 08:15 AM** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 05/13/2016) |
| 05/31/2016 | 53 | NOTICE OF HEARING as to MIGUEL MORALES MALDONADO: Jury Selection and Jury Trial set for **6/27/2016 08:15 AM CDT** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 05/31/2016) |
| 06/18/2016 | 54 | First MOTION to Suppress by MIGUEL MORALES MALDONADO. (DAFFIN, MICHELLE) (Entered: 06/18/2016) |
| 06/18/2016 | 55 | First MOTION in Limine by MIGUEL MORALES MALDONADO. (DAFFIN, MICHELLE) (Entered: 06/18/2016) |
| 06/20/2016 | 56 | NOTICE OF HEARING as to MIGUEL MORALES MALDONADO: Hearing on motion to suppress and motion in limine set for **6/24/2016 9:00 AM CDT** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Sherrye Stephens*<br>Judicial Assistant (sms). (Entered: 06/20/2016) |
| 06/21/2016 | 57 | RESPONSE by USA as to MIGUEL MORALES MALDONADO re 55 First MOTION in Limine (Attachments: # 1 Attachment A, # 2 Attachment B) (KNIGHT, EDWIN) (Entered: 06/21/2016) |

| | | |
|---|---|---|
| 06/21/2016 | 58 | RESPONSE by USA as to MIGUEL MORALES MALDONADO re 54 First MOTION to Suppress (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C) (KNIGHT, EDWIN) (Entered: 06/21/2016) |
| 06/24/2016 | 59 | PLEA AGREEMENT as to MIGUEL MORALES MALDONADO (kgc) (Entered: 06/24/2016) |
| 06/24/2016 | 60 | Sealed Document (kgc) (Entered: 06/24/2016) |
| 06/24/2016 | 61 | STATEMENT OF FACTS by USA and MIGUEL MORALES MALDONADO filed in support of 59 Plea Agreement (kgc) (Entered: 06/24/2016) |
| 06/24/2016 | 62 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Change of Plea Hearing held on 6/24/2016. Plea entered by MIGUEL MORALES MALDONADO (1) Guilty Counts 2–3; adjudicated guilty counts 2, 3. Defendant remains in custody pending sentencing. Sentencing set for **9/15/2016 @ 11:00 A.M.** (Court Reporter Judy Gagnon) (kgc) (Entered: 06/24/2016) |
| 06/24/2016 | 63 | DISMISSAL OF COUNT 1 on Government Motion as to MIGUEL MORALES MALDONADO. (kgc) (Entered: 06/24/2016) |
| 06/24/2016 | | Plea Agreement Accepted as to MIGUEL MORALES MALDONADO (kgc) (Entered: 06/24/2016) |
| 07/05/2016 | 64 | NOTICE OF HEARING as to MIGUEL MORALES MALDONADO: Sentencing set for **9/15/2016 11:00 AM CDT** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence (erl) (Entered: 07/05/2016)* |
| 07/29/2016 | 67 | NOTICE OF RESCHEDULED HEARING as to MIGUEL MORALES MALDONADO: Sentencing reset for **9/2/2016 10:00 AM CDT** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 07/29/2016) |
| 08/03/2016 | 72 | DRAFT PRESENTENCE INVESTIGATION REPORT as to MIGUEL MORALES MALDONADO. E–copies made available to selected parties. Responses to the Draft Report are due by **8/17/2016.** (LL) (Entered: 08/03/2016) |
| 08/25/2016 | 84 | FINAL PRESENTENCE INVESTIGATION REPORT as to MIGUEL MORALES MALDONADO. E–copies made available to selected parties. (LL) (Entered: 08/25/2016) |
| 08/31/2016 | 85 | NOTICE OF RESCHEDULED HEARING as to MIGUEL MORALES MALDONADO: Sentencing reset for **9/6/2016 10:00 AM CDT** in U.S. Courthouse Panama City before JUDGE ROBERT L HINKLE.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* |

| | | |
|---|---|---|
| | | *s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 08/31/2016) |
| 09/06/2016 | 86 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 9/6/2016 for MIGUEL MORALES MALDONADO (1), Count(s) 1, DISMISSED on government motion; Count(s) 2–3, Defendant is sentenced to 48 months BOP on Counts 2 and 3 to run concurrent. Defendant placed on S/R for 5 years on Counts 2 and 3 to run concurrent. SMA $200.00. Fine waived. (Court Reporter Julie Wycoff) (erl) (Entered: 09/06/2016) |
| 09/11/2016 | 87 | JUDGMENT IN A CRIMINAL CASE as to MIGUEL MORALES MALDONADO (1), Count(s) 1: DISMISSED on government motion; Count(s) 2–3: Defendant is sentenced to 48 months BOP on Counts 2 and 3 to run concurrent. Defendant placed on S/R for 5 years on Counts 2 and 3 to run concurrent. SMA $200.00. Fine waived. Signed by JUDGE ROBERT L HINKLE on 9/11/16. (kgc) (Entered: 09/12/2016) |
| 09/11/2016 | 88 | STATEMENT OF REASONS (Sealed) as to MIGUEL MORALES MALDONADO. Copies to be distributed to attorney for defendant, USAO, and USPO only. Signed by JUDGE ROBERT L HINKLE on 9/11/16. (kgc) (Entered: 09/12/2016) |
| 04/22/2022 | 127 | Supervised Release Jurisdiction Transferred to Northern District of Georgia (case # unknown) as to MIGUEL MORALES MALDONADO. Signed by JUDGE ROBERT L HINKLE on 3/23/2022 and by JUDGE MICHAEL L BROWN on 4/22/2022. (kgc) (Entered: 04/27/2022) |
| 04/27/2022 | 128 | Letter from FL/ND to GA/ND transferring certified copies of transfer documents as to MIGUEL MORALES MALDONACO (kgc) (Entered: 04/27/2022) |