# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

MIGUEL MORALES MALDONADO
  a/k/a "Mike Morales"
  a/k/a "Preemo"
BRANDON LEE COMMANDER
and
CRYSTAL SHEREE COMMANDER

INDICTMENT

5:16cr9/RH

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about June 1, 2014, and on or about December 21, 2015, in the Northern District of Florida and elsewhere, the defendants,

**MIGUEL MORALES MALDONADO,**
a/k/a "Mike Morales,"
a/k/a "Preemo,"
**BRANDON LEE COMMANDER,**
and
**CRYSTAL SHEREE COMMANDER,**

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a

Returned in open court pursuant to Rule 6(f)
3-16-16
Date
[signature]
United States Magistrate Judge

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By [signature]
Deputy Clerk

controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about December 18, 2015, in the Northern District of Florida, the defendants,

**MIGUEL MORALES MALDONADO,**
a/k/a "Mike Morales,"
a/k/a "Preemo,"
**BRANDON LEE COMMANDER,**
and
**CRYSTAL SHEREE COMMANDER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

2

## COUNT THREE

On or about December 21, 2015, in the Northern District of Florida, the defendant,

**MIGUEL MORALES MALDONADO,**
a/k/a "Mike Morales,"
a/k/a "Preemo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through Three, punishable by imprisonment for more than one year, the defendants,

3

MIGUEL MORALES MALDONADO,
a/k/a "Mike Morales,"
a/k/a "Preemo,"
BRANDON LEE COMMANDER,
and
CRYSTAL SHEREE COMMANDER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations;

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED
FOREPERSON

16 MAR 2016
DATE

CHRISTOPHER P. CANOVA
Acting United States Attorney

EDWIN KNIGHT
Assistant United States Attorney